■ FIDELITY NEW YORK, FSB, Formerly Known as FIDELITY NEW YORK, F.A., Plaintiff, v KENSINGTON-JOHNSON CORPORATION, Defendant-Appellant, and KELLY MASONRY CORPORATION, Defendant-Respondent, et al., Defendants. (And a Related Action.) [654 NYS2d 602] —In an action, *inter alia,* to foreclose a

mechanic's lien, the defendant Kensington-Johnson Corporation appeals from an order and amended judgment (one paper) of the Supreme Court, Nassau County (Segal, J.), entered February 28, 1995, which, after a nonjury trial, *inter alia,* is in favor of the defendant Kelly Masonry Corporation and against it in the principal sum of $72,469.60.

Ordered that the order and amended judgment is affirmed, with costs.

The trial court properly awarded Kelly Masonry Corporation damages against the defendant Kensington-Johnson Corporation *(see,* Lien Law § 54; *Eagle Contrs. v Black,* 8 NY2d 732; *Noce v Kaufman,* 2 NY2d 347; *Brook-Hattan Utils. v 893 Constr. Corp.,* 180 AD2d 660; *Paro v Biondo,* 105 AD2d 577).

The parties' remaining contentions are without merit. Bracken, J. P., Ritter, Santucci and Altman, JJ., concur.